No. 5384.—Loíza Sugar Co., aplte., *v.* Domenech, etc., apldo.— C. D. San Juan. Febrero 17, 1933.

Por los motivos expresados en la opinión emitida en el día de hoy en el caso núm. 5383, *Loíza Sugar Co., demandante-apelante*, v. *Manuel V. Domenech, etc., demandado-apelado*, no ha lugar a la moción sobre devolución del mandato y enmienda de la sentencia de julio 26, 1932.